IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHA KELSO, | No. CIV S-11-1960-KJM-CMK |
| Plaintiff, | |
| vs. | ORDER |
| REDDING POLICE DEPT., et al., | |
| Defendants. | |
| _____/ | |

    Plaintiff, who is proceeding pro se, brings this civil action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's complaint (Doc. 1). On September 2, 2011, the undersigned issued an order, wherein it was determined that plaintiff's complaint stated a claim against defendant Adams, but not the Redding Police Department. Plaintiff was provided an opportunity to file an amended complaint, but has not done so. The undersigned addresses the dismissal of the Redding Police Department from this action in findings and recommendations issued separately.

    As addressed in the court's prior order, plaintiff states a claim against defendant Adams for violation of her civil rights. It is therefore is appropriate to authorize service of the complaint by the United States Marshal without pre-payment of costs. If plaintiff desires service

of process by the United States Marshal without pre-payment of costs, plaintiff must comply with the requirements outlined below. Plaintiff is warned that failure to comply with this order, or otherwise effect service pursuant to Federal Rule of Civil Procedure 4, may result in dismissal of the action for lack of prosecution and failure to comply with court rules and orders. See Local Rule 110.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court shall issue a summons in a civil case, the undersigned's new case documents, and an order setting this matter for an initial scheduling conference;

2. The Clerk of the Court shall send plaintiff the summons, one USM-285 form, and a copy of the complaint;

3. Within 15 days from the date of this order, plaintiff shall complete the summons by indicating the addresses of the named defendants and shall submit to the United States Marshal at the address indicated below the following documents:

   a. The completed summons;
   b. One completed USM-285 form for each named defendant;
   c. Two copies of the complaint; and
   d. One copy of the court's initial scheduling conference order issued herewith;

4. Within 20 days of the date of this order, plaintiff shall file a notice indicating that the documents described above have been submitted to the United States Marshal, or a notice that plaintiff intends to serve the summons and complaint without assistance from the United States Marshal;

5. If plaintiff seeks the assistance of the United States Marshal, the United States Marshal is directed to serve all process without pre-payment of costs not later than 60 days from the date of this order, such service of process to be completed by serving a copy of the

1  summons, complaint, and initial scheduling conference order on the defendants at the addresses
2  provided by plaintiff; and
3      6.   The Clerk of the Court is directed to serve a copy of this order on the
4  United States Marshal at 501 "I" Street, Sacramento, CA, 95814.

DATED: October 18, 2011

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE