IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARSHA KELSO,                             No. CIV S-11-1960-KJM-CMK

       Plaintiff,

  vs.                                          ORDER

REDDING POLICE DEPT., et al.,

       Defendants.

                                              /

        Plaintiff, who is proceeding pro se, brings this civil action under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge as provided by Eastern District of California local rules.

        On October 19, 2011, the Magistrate Judge filed findings and recommendations, which were served on the parties and which contained notice that the parties may file objections within a specified time.  No objections to the findings and recommendations have been filed.

        The court presumes that any findings of fact are correct.  *See Orand v. United States,* 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).  Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

1         Accordingly, IT IS HEREBY ORDERED that:

2         1.     The findings and recommendations filed October 19, 2011, are adopted in full;

4         2.     Redding Police Department is dismissed from this action; and

5         3.     This case shall proceed against defendant Adams only.

6 DATED: January 26, 2012.

                                              UNITED STATES DISTRICT JUDGE