1

2

3

4

5

6              **IN THE UNITED STATES DISTRICT COURT**

7            **FOR THE EASTERN DISTRICT OF CALIFORNIA**

8

9    MARSHA KELSO,                          No. 2:11-cv-1960-KJM-CMK

10              Plaintiff,

11         vs.                               <u>ORDER</u>

12   REDDING POLICE DEPARTMENT, et al.,

13              Defendants.

14   _____/

15              Plaintiff, proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. §

16   1983.   Pending before the court is defendants' motion to compel plaintiff's answers to

17   deposition questions (Doc. 18).   No opposition to the pending motion has been filed.   Therefore,

18   pursuant to Eastern District of California Local Rule 230(c), the hearing scheduled for August 8,

19   2012, at 10:00 a.m. before the undersigned in Redding, California, is hereby taken off calendar

20   and the matter is submitted on the record and briefs without oral argument.

21              IT IS SO ORDERED.

22    DATED:  July 30, 2012

23                                           _____

24                                           **CRAIG M. KELLISON**
                                             UNITED STATES MAGISTRATE JUDGE

25

26

1