IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHA KELSO, | No. 2:11-cv-1960-KJM-CMK |
|     Plaintiff, | |
|   vs. | ORDER |
| REDDING POLICE DEPARTMENT, et al., | |
|     Defendants. | |

        Plaintiff, proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is defendants' motion to compel release of plaintiff's mental health records, and extension of the discovery deadline (Doc. 21).  No opposition to the pending motion has been filed.  Therefore, pursuant to Eastern District of California Local Rule 230(c), the hearing scheduled for December 12, 2012, at 10:00 a.m. before the undersigned in Redding, California, is hereby taken off calendar and the matter is submitted on the record and briefs without oral argument.

/ / /

/ / /

/ / /

1

1       IT IS SO ORDERED.

3 DATED: December 10, 2012

```
                              _____
                              CRAIG M. KELLISON
                              UNITED STATES MAGISTRATE JUDGE
```