IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHA KELSO, | No. 2:11-cv-1960-KJM-CMK |
|     Plaintiff, | |
|   vs. | ORDER |
| REDDING POLICE DEPARTMENT, et al., | |
|     Defendants. | |

Plaintiff, proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is defendant's motion for summary judgment (Doc. 26).  No opposition to the pending motion has been filed.  Therefore, pursuant to Eastern District of California Local Rule 230(c), the hearing scheduled for March 13, 2013, at 10:00 a.m. before the undersigned in Redding, California, is hereby taken off calendar and the matter submitted on the record and briefs without oral argument.

IT IS SO ORDERED.

DATED: March 4, 2013

                                                  **CRAIG M. KELLISON**
                                                UNITED STATES MAGISTRATE JUDGE